UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No. | 2:21-cv-04206-RGK-PVCx | Date | May 18, 2022 |
|---|---|---|---|
| Title | Strong Trading Inc. v. Unique Designs, Inc. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |
|---|---|
| Joseph Remigio | N/A |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None appearing | None appearing |

**Proceedings:**   **(In Chambers) Order to Show Cause re Dismissal for Lack of Prosecution**

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed. Fed.R.Civ.Proc. 4(m). Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States). Fed.R.Civ.Proc. 12(a)(1).

In the present case, it appears that one or more of these time periods has not been met. Accordingly, the court, on its own motion, orders **Counter Claimant Unique Designs, Inc.** to show cause in writing by **May 20, 2022, at noon (12:00 p.m.)**, why Counter Defendant Richard Wei should not be dismissed for lack of prosecution.

Additionally, Counter Claimant Unique Designs, Inc. is ordered to file any proofs of service showing timely service of the First Amended Counterclaim upon Counter Defendant Richard Wei.

If a satisfactory response and proof of service is not timely filed, Counter Defendant Richard Wei may be dismissed for lack of prosecution without further warning from the Court.

Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the court finds that this matter is appropriate for submission without oral argument.