Yashdeep Singh (Cal. Bar No. 279183)
*ysingh@yashlaw.com*
YASH LAW GROUP
3 Pointe Drive, Suite 203
Brea, California 92821
Telephone:  (714) 494-6244
Facsimile:   (714) 406-2722

Attorney for Defendant and Counter-Claimant
UNIQUE DESIGNS, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRONG TRADING, INC., a California Corporation, | Case No. 2:21-cv-04206-RGK-PVC |
| Plaintiff; | Hon. R. Gary Klausner, Courtroom 850 |
| v. | **DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION DESIGNATIONS USE AT TRIAL** |
| UNIQUE DESIGNS, INC. d/b/a SDIL/KIRAN JEWELS, a New Jersey Corporation, | |
| Defendant. | <u>Trial</u> |
| | Date:          June 14, 2022 |
| UNIQUE DESIGNS, INC. d/b/a SDIL/KIRAN JEWELS, a New Jersey Corporation, | Time:          9:00 a.m. |
| | Courtroom:  850 |
| Counter-Claimant; | |
| v. | |
| STRONG TRADING, INC., a California Corporation; KURT CHEN, an Individual; and RICHARD WEI, an Individual, | Action Filed:    May 19, 2021 |
| | Trial Date:      June 14, 2022 |
| Counter-Defendants. | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

Defendant/Counter-Claimant Unique Designs, Inc. hereby submits its deposition designations of testimony to be used at trial, which will also be accompanied by the videotaped recording of the deposition.

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| Deposition of Strong Trading, Inc. (Amy Wei Chu) | 6:19-25 | | |
| | 8:17-25 | | |
| | 9:1-5 | | |
| | 11:6-8 | | |
| | 12:5-7, 20-25 | Objection. Incomplete. The following testimony must also be read: 12:5 – 13:15 | |
| | 13:1-2, 7-11, 14-15 | Objection. Incomplete. The following testimony must also be read: 12:5 – 13:15 | |
| | 14:8-21 | | |
| | 16:10-12, 15-24 | | |
| | 18:4-14 | Objection. Incomplete. The following testimony must also be read: 18:4-19:1 | |
| | 21:12-15 | | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | 23:8-15, 23-25 | | |
| | 24:1-18, 23-25 | | |
| | 25:1-17 | | |
| | 26:11-25 | Objection. Incomplete. The following testimony must also be read: 26:5-27:3 | |
| | 27:1-3 | Objection. Incomplete. The following testimony must also be read: 26:5-27:3 | |
| | 29:3-11 | | |
| | 30:24-25 | | |
| | 31:1-2 | | |
| | 34:5-15 | | |
| | 36:10-13 | | |
| | 37:2-12 | | |
| | 40:12-24 | | |
| | 41:14-24 | | |
| | 42:23-25 | | |
| | 43:1-6 | | |
| | 44:6-9 | | |
| | 46:5-7 | | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | 46:24-2 | | |
| | 48:24-25 | | |
| | 49:1-18, 21-25 | | |
| | 50:1-10 | | |
| | 51:25 | | |
| | 52:1-25 | | |
| | 53:1-5 | | |
| | 57:24-25 | | |
| | 58:1-23, 25 | | |
| | 59:1-25 | | |
| | 60:1-2 | | |
| | 62:19-25 | | |
| | 63:1-15 | | |
| | 64:9-12, 18-22 | Objection. Incomplete. The following testimony must also be read: 64:9-65:23 | |
| | 65:24-25 | Objection. Incomplete. The following testimony must also be read: 64:9-65:23 | |
| | 66:1-14 | | |
| | 67:10-18 | | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | 68:9-12, 15 | Objection. Incomplete.  The following testimony must also be read: 68:9-15 | |
| | 72:25 | | |
| | 73:1-10 | | |
| | 76:17-22, 25 | Objection. Incomplete.  The following testimony must also be read: 76:17-77:3 | |
| | 77:1-3 | Objection. Incomplete.  The following testimony must also be read: 76:17-77:3 | |
| | 78:6-8, 11, 13-25 | Objection. Incomplete.  The following testimony must also be read: 78:2-11 78:13-80:25 | |
| | 79:1-13 | Objection.  The | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | | following testimony must also be read: 78:13-80:25 | |
| | 80:8-14, 22-25 | Objection. Incomplete. The following testimony must also be read: 78:13-80:25 | |
| | 81:9-16 | Objection. Incomplete. The following testimony must also be read: 81:9-84:3 | |
| | 85:14-15 | Objection. Incomplete. The following testimony must also be read: 85:14-86:18 | |
| | 86:1-13 | Objection. Incomplete. The following testimony must also be read: 85:14-86:18 | |
| | 87:12-18 | | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | 88:2-12, 20-25 | | |
| | 89:1-4, 23-25 | Objection. Incomplete. The following testimony must also be read: 89:19-90:2 | |
| | 90: 1-2 | Objection. Incomplete. The following testimony must also be read: 89:19-90:2 | |
| | 98:22-24 | | |
| | 99:12-20, 24-25 | | |
| | 100:1-2, 13-18 | | |
| | 104:18-25 | Objection. Incomplete. The following testimony must also be read: 104:18-107:24 | |
| | 105:1-2 | Objection. Incomplete. The following testimony must also be read: 104:18-107:24 | |
| | 107:19-24 | Objection. Incomplete. The | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | | following testimony must also be read: 104:18-107:24 | |
| | 109:15-25 | Objection. Incomplete. The following testimony must also be read: 109:15-111:13 | |
| | 110:1-2, 8-14 | Objection. Incomplete. The following testimony must also be read: 109:15-111:13 | |
| | 111:18-25 | Objection. Incomplete. The following testimony must also be read: 109:15-111:13 111:18-112:24 | |
| | 112:1-7, 16-24 | Objection. Incomplete. The following testimony must also be read: 111:18-112:24 | |
| | 113:11-23 | Objection. Incomplete. The | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|----------|-----------------------------------|------------------------|----------------------------------|
| | | following testimony must also be read: 112:25-116:20 | |
| | 114:3-12, 20-25 | Objection. Incomplete. The following testimony must also be read: 112:25-116:20 | |
| | 115:1-6 | | |
| | 116:7-13, 25 | Objection. Incomplete. The following testimony must also be read: 112:25-116:20 | |
| | 117:1-6, 9-15 | Objection. Incomplete. The following testimony must also be read: 116:25-117:21 | |
| | 118:9-25 | Objection. Incomplete. The following testimony must also be read: 6:1-2 118:19-123:18 | |
| | 119:1-25 | Objection. | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | | Incomplete. The following testimony must also be read: 6:1-2 118:19-123:18 | |
| | 120:1-25 | Objection. Incomplete. The following testimony must also be read: 6:1-2 118:19-123:18 | |
| | 121:1-25 | Objection. Incomplete. The following testimony must also be read: 6:1-2 118:19-123:18 | |
| | 122:1-25 | Objection. Incomplete. The following testimony must also be read: 6:1-2 118:19-123:18 | |
| | 123:1-18 | Objection. Incomplete. The following testimony | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | | must also be read: 6:1-2 118:19-123:18 | |
| | 124:5-7 | | |
| | 125:23-25 | | |
| | 126:1-16 | | |
| | 127:20-25 | | |
| | 128:1-6 | | |
| | 131:4-15 | | |
| | 133:3-12 | | |
| | 134:17-25 | | |
| | 135:1-5, 13-25 | | |
| | 136:5-13 | | |
| | 138:10-18, 21-25 | Objection. Incomplete. The following testimony must also be read: 138:21-144:8 | |
| | 139:1-5, 19-21 | Objection. Incomplete. The following testimony must also be read: 138:21-144:8 | |
| | 143:3-25 | Objection. Incomplete. The | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | | following testimony must also be read: 138:21-144:8 | |
| | 144:1-2 | Objection. Incomplete. The following testimony must also be read: 138:21-144:8 | |
| | 145:13-25 | | |
| | 146:1-6 | | |
| | 148:13-25 | Objection. Incomplete. The following testimony must also be read: 148:12-151:12 154:6-158:20 | |
| | 149:1, 19-22, 24 | Objection. Incomplete. The following testimony must also be read: 148:12-151:12 154:6-158:20 | |
| | 150:9-13 | Objection. Incomplete. The following testimony must also be read: | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | | 148:12-151:12 154:6-158:20 | |
| | 153:23-154:1 | | |
| | 158:8-18 | | |
| | 162:11-14 | | |
| | 163:10-18 | | |
| | 164:16-21 | Objection. Incomplete. The following testimony must also be read: 164:16-25 | |
| | 169:9-11 | Objection. Incomplete. The following testimony must also be read: 169:9-14 | |
| | 172:1-9, 16-23 | | |
| | 173:2-10 & 19-21 | | |
| | 175:9-13, 17-20 | Objection. Incomplete. The following testimony must also be read: 174:8-175:20 | |
| | 178:18-20 | Objection. Incomplete. The | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | | following testimony must also be read: 178:18-22 | |
| | 180:25 | | |
| | 181:1-6, 12-17 | | |
| | 187:17-25 | Objection. Incomplete. The following testimony must also be read: 187:17-188:18 | |
| | 188:1, 5, 7-8, 19-22 | | |
| | 189:3-8 | Objection. Incomplete. The following testimony must also be read: 189:3-190:14 | |
| | 190:1-3, 6, 9-11, 14, 19-20, 23-25 | Objection. Incomplete. The following testimony must also be read: 189:3-190:14 190:16-191:12 | |
| | 191:1-2, 5-12, 24-25 | Objection. Incomplete. The following testimony must also be read: | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | | 191:1-4 | |
| | 192:5-8, 16-18 | Objection. Incomplete. The following testimony must also be read: 191:13-192:18 | |
| | 193:3-8, 11-18 | Objection. Incomplete. The following testimony must also be read: 192:16-193:10 195:17-20 | |
| | 194:21-23, 25 | | |
| | 195:9-16 | Objection. Incomplete. The following testimony must also be read: 195:9-20 | |
| | 197:3-8, 16-25 | Objection. Incomplete. The following testimony must also be read: 197:20-198:12 | |
| | 198:1-9, 12, 19-20, 23-25 | Objection. Incomplete. The following testimony | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | | must also be read: 197:20-198:12 | |
| | 199:1, 7-16, 23-25 | | |
| | 200:1-2 | | |
| | 201:17-20 | Objection. Incomplete. The following testimony must also be read: 201:1-21 | |
| | 202:17-25 | Objection. Incomplete. The following testimony must also be read: 202:17-203:22 | |
| | 203:1-5 | Objection. Incomplete. The following testimony must also be read: 202:17-203:22 | |
| | 204:4-14 | Objection. Incomplete. The following testimony must also be read: 204:4-22 | |
| | 206:3-15 | Objection. Incomplete. The | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | | following testimony must also be read: 206:3-207:12 | |
| | 208:1-4, 7-10, 14-16 | Objection. Incomplete. The following testimony must also be read: 208:1-16 | |
| | 209:24-25 | Objection. Incomplete. The following testimony must also be read: 209:24-210:16 | |
| | 210:1-13, 16, 24-25 | Objection. Incomplete. The following testimony must also be read: 209:24-210:16 210:24-211:24 | |
| | 211:1-4, 6, 11-13, 24 | Objection. Incomplete. The following testimony must also be read: 210:24-211:24 211:25-212:11 | |
| | 212:1-3, 5, 7-11 | Objection. | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | | Incomplete. The following testimony must also be read: 211:25-212:11 | |
| Deposition of Unique Designs (Albert Franco) | 52:22-25-53:3 | Plaintiff objects to the entire deposition under FRCP 30(b)(3)(B) because Defendant terminated it. Additionally:<br><br>No foundation; vague | |
| | 53:7-25 | No foundation; vague | |
| | 54:1-3, 6-17 | No foundation; vague | |
| | 55:10-13, 17-19 | No foundation; vague | |
| | 65:17-21 | No foundation; vague | |
| | 67:6-8, 11-16 | No foundation; vague | |
| | 68:19-69:1 | No foundation; vague | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

| Deponent | Defendant's Deposition Designation | Plaintiff's Objections | Plaintiff's Counter-Designations |
|---|---|---|---|
| | 76:17-77:1, 8-12 | No foundation; vague | |

Dated:  June 14, 2022

YASH LAW GROUP

By: ___/s/ Yashdeep Singh_____
YASHDEEP SINGH
Attorney for Defendant and Counter-
Claimant UNIQUE DESIGNS, INC.

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL