Yashdeep Singh (Cal. Bar No. 279183)
*ysingh@yashlaw.com*
YASH LAW GROUP
3 Pointe Drive, Suite 203
Brea, California 92821
Telephone: (714) 494-6244
Facsimile: (714) 406-2722

Attorney for Defendant and Counter-Claimant
UNIQUE DESIGNS, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRONG TRADING, INC., a California Corporation, | Case No. 2:21-cv-04206-RGK-PVC |
| Plaintiff; | Hon. R. Gary Klausner, Courtroom 850 |
| v. | **DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION DESIGNATIONS USE AT TRIAL** |
| UNIQUE DESIGNS, INC. d/b/a SDIL/KIRAN JEWELS, a New Jersey Corporation, | |
| Defendant. | <u>Trial</u><br>Date:       June 14, 2022<br>Time:       9:00 a.m.<br>Courtroom:  850 |
| UNIQUE DESIGNS, INC. d/b/a SDIL/KIRAN JEWELS, a New Jersey Corporation, | |
| Counter-Claimant; | |
| v. | |
| STRONG TRADING, INC., a California Corporation; KURT CHEN, an Individual; and RICHARD WEI, an Individual, | Action Filed:  May 19, 2021<br>Trial Date:    June 14, 2022 |
| Counter-Defendants. | |

DEFENDANT/COUNTER-CLAIMANT UNIQUE DESIGNS, INC.'S DEPOSITION
DESIGNATIONS USE AT TRIAL

Defendant/Counter-Claimant Unique Designs, Inc. hereby submits its deposition designations of testimony to be used at trial, which will also be accompanied by the videotaped recording of the deposition.

| Deponent | Defendant's Deposition Designation |
|---|---|
| Deposition of Unique Designs (Tejas Shah) | 7:18-19 |
| | 13:4-14:14 |
| | 38:19-39:13 |
| | 52:7-53:6 |
| | 55:10-56:23 |
| | 71:23-72:4 |
| | 89:7-90:3 |
| | 92:22-93:11 |
| | 93:17-95:25 |
| | 96:22-99:5 |
| | 100:3-102:8 |
| | 104:23-106:6 |
| | 108:2-111:25 |
| | 125:8-127:7 |

Dated:  June 16, 2022

YASH LAW GROUP

By:  __/s/ Yashdeep Singh_____
YASHDEEP SINGH
Attorney for Defendant and Counter-
Claimant UNIQUE DESIGNS, INC.