FILED
CLERK, U.S. DISTRICT COURT
JUNE 17 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____JRE_____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRONG TRADING, INC., a California Corporation,<br><br>　　　　Plaintiff;<br><br>　v.<br><br>UNIQUE DESIGNS, INC. d/b/a SDIL/KIRAN JEWELS, a New Jersey Corporation,<br><br>　　　　Defendant. | Case No. 2:21-cv-04206-RGK-PVC<br><br>**VERDICT FORM**<br><br>**REDACTED** |
| UNIQUE DESIGNS, INC. d/b/a SDIL/KIRAN JEWELS, a New Jersey Corporation,<br><br>　　　　Counter-Claimant;<br><br>　v.<br><br>STRONG TRADING, INC., a California Corporation; KURT CHEN, an Individual; and RICHARD WEI, an Individual,<br><br>　　　　Counter-Defendants. | |

We, the jury in the above-entitled action, find as follows:

## Strong Trading, Inc. v. Unique Designs, Inc.

1. Has Strong Trading proven by a preponderance of the evidence the cause of action for Breach of Contract?

    __✓__ Yes

    _____ No

*If you have answered "no" to Question 1, proceed directly to Question 3. If you have answered "yes" to Question 1, please answer Question 2.*

2. What are Strong Trading's Damages?

    Damages:   $ __369,441.12__

## Unique Designs, Inc. v. Strong Trading, Inc.

3. Has Unique Designs proven by a preponderance of the evidence the cause of action for Breach of Contract?

    _____ Yes

    __✓__ No

1
VERDICT

4. Has Unique Designs proven by a preponderance of the evidence the cause of action for Breach of Implied Warranty of Merchantability?

_____ Yes

√ \_\_\_\_ No

If you have answered "no" to both Question 3 and Question 4, answer no further questions, and have the presiding juror sign and date this form. If you have answered "yes" to Question 3 and/or Question 4, please answer Question 5.

5. What are Unique Designs' damages?

Damages: $_____

Please have your Presiding Juror sign and date this form and return it to the Court Attendant.

DATED: June \_\_17\_\_, 2022

[SIGNATURE REDACTED BY THE COURT]

PRESIDING JUROR

2
VERDICT