# DECLARATION OF MICHAEL G. YORK

I, Michael G. York, declare as follows:

1. I am an attorney duly licensed to practice in all courts of the State of California, and am of counsel to WHGC, P.L.C., attorneys for Plaintiff and Counter-Defendant Strong Trading, Inc. and Counter-Defendant Kurt Chien in this action. I am submitting this declaration in support of Plaintiff's Opposition to Defendant's Motion for Judgment, etc. I know these facts of my own personal knowledge and, if asked, would and could competently thereto.

2. Attached to this Opposition as Exhibit "A" is a true and correct copy of Trial Exhibit 51.

3. Attached to this Opposition as Exhibit "B" are true and correct copies of the respective portions of the trial transcript referred to in the Memorandum of Points and Authorities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: June 23, 2022        /s/ *Michael G. York*
                            Michael G. York

**PLAINTIFF STRONG TRADING, INC.'S OPPOSITION TO DEFENDANT UNIQUE DESIGNS, INC.'S MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, MOTION FOR A NEW TRIAL**