# EXHIBIT A

# STRONG TRADING INC.
## CHONG CHONG JEWELRY GROUP

150 North Santa Anita Ave. Suite 800, Arcadia, CA 91006  TEL: 1 (626) 606-1888  FAX: 1 (626) 606-1899

## New Customer Purchase Order & Payment Terms
Updated 3/1/2009

**PURCHASE ORDER TERMS**

*Order Value*
  Purchase Order must value a minimum of USD 5,000 F.O.B. Overseas

*Order Quantity*
  Order Quantity must be a minimum of 24 per style (same color)
  Ring orders can be a minimum of 6 pieces per size, however totaling 24 pieces.

*Revision & Cancellation*
  Revisions and cancellations must be made within 3 working days after customer approves the Proforma Invoice in order to avoid any production and processing fees

**PAYMENT TERMS**

New customers of Strong Trading (Chong Chong Jewelry Group) are to prepay a 50% deposit of the order amount upon approval of the Performa invoice. The remaining balance is due one week before the factory ships out the order or the customer can choose to do C.O.D for the balance due.

This payment term is fixed until further agreement terms have been made. A payment term is subject to credit approval by both parties. If payment duties are not fulfilled, Strong Trading (Chong Chong Jewelry Group) reserves the right to take legal action or appoint for debt collection agency to resolve the matter. In this event, all additional costs incurred will be paid for by the customer on an indemnity basis.

**DECLARATION**

I/We have read the above Strong Trading (Chong Chong Jewelry Group) New Customer Order and Payment Terms and accept these terms as a basis for transacting business between my/our company and Strong Trading (Chong Chong Jewelry Group). I/We undertake the responsibility to ensure that financial obligations are made on a timely manner; legal actions shall be arranged if I/we default to the payment terms on this agreement. It is understood and agreed that adherence to this obligation is the essence of this contract between my/our company and Chong Chong Jewelry Group.

Signature: _[signed]_
Print Name: Prakash Dholiya
Position: CFO
Company: Unique Designs Inc
Date: 10/10/17

STP-1



# STRONG TRADING INC.
## CHONG CHONG JEWELRY GROUP

150 North Santa Anita Ave. Suite 800. Arcadia, CA 91006        TEL: 1 (626) 606-1888        FAX: 1 (626) 606-1899

## CONFIDENTIAL CREDIT APPLICATION

COMPANY NAME: UNIQUE DESIGNS, INC.
ADDRESS: 521 5TH AVE STE 820
CITY, STATE, ZIP: NEW YORK, NY 10175
TELEPHONE: (212) 575-7701        FAX: (212) 819-0443
OWNER'S NAME: _____        Email: _____
BUYER'S NAME: Albert Franco        Email: Albert@UD-NY.Com
ACCOUNT PAYABLE'S NAME: Karen Lin        Email: Karen.lin@UD-NY.com
Are you listed in J.B.T.? _____        Are you Incorporated? ✓
Years in Business? 20+ Years        Credit Limit needed: _____

### TRADE REFERENCES

1.) NAME: Bri-Star Jewelry
   ADDRESS: Rm 205 Harbour Centre, Tower 2, 8 Hok Cheung Street
   CITY, STATE, ZIP: Hung Hom, Kowloon, Hong Kong
   TELEPHONE: 21808881        FAX: 21218884
   CONTACT PERSON: Suda Yep

2.) NAME: Hong Kong Galaxy Jewelry Ltd.
   ADDRESS: Unit K5, 10/F, Kaiser Estate Phase 2, 51 Man Yue Street
   CITY, STATE, ZIP: Hung Hom, Kowloon, Hong Kong
   TELEPHONE: 23636105        FAX: 23636220
   CONTACT PERSON: Jalin Wu

3.) NAME: Kiran Jewelry
   ADDRESS: Plot No 28,59,60 SSEP Sachin Surat 394230
   CITY, STATE, ZIP: India
   TELEPHONE: 0261 3040400        FAX: 0261 3040444
   CONTACT PERSON: Mehul Vaghani

### BANK REFERENCE

BANK NAME: HSBC Bank, N.A.
ADDRESS: 452 Fifth Ave. New York, NY 10018
ACCOUNT NO: 048374881        TEL: 888-662-4722        FAX: _____
CONTACT PERSON: _____

STP-2

STI-000201
**EXHIBIT 51 - 0002**



# STRONG TRADING INC.
## CHONG CHONG JEWELRY GROUP

150 North Santa Anita Ave. Suite 800, Arcadia, CA 91006     TEL: 1 (626) 606-1888     FAX: 1 (626) 606-1899

## MAXIMUM CREDIT LINE APPLICATION
### TERMS AND CONDITIONS OF SALE AND CREDIT APPROVAL

**TERMS AND CONDITIONS OF SALE:** To the extent of any conflict, these terms and conditions supersede all agreements previously made and/or Purchase Orders submitted.

**CLAIMS:** All claims must be made, in writing, within five (5) days of delivery. BUYER should, therefore, inspect all packages upon delivery for damages. Claims should be immediately filed with carrier (not with SELLER), if applicable.

**TITLE:** Title to all goods passes to BUYER only upon payment in full of all invoices. Title reverts to SELLER on all previous purchases if account is ever in a delinquent status. SELLER retains a security interest in the same. Signing of this contract has the same effect as a UCC-1 and can be filed in your state and will be effective to the extent permitted by law. SELLER also has the right to repossess said goods, without notice, at any time the account is in past-due status, with or without legal process so longs as recovery is peaceful.

**COLLECTION:** In the event a collection effort is necessary, past-due accounts will be charged 10% per year or the highest legal interest rate whichever is greater. Upon referral of a past-due account to our attorneys, or if a lawsuit or prejudgment Attachment proceeding is instituted by our attorneys, BUYER agrees to pay actual attorney's fees incurred, court costs and expenses including post judgment proceedings.

In the absence of written consent of the SELLER, the undersigned agrees to be personally liable hereunder, regardless of the type of entity under which BUYER'S business is conducted or any change in such legal structure, or any title which is noted under BUYER'S signature.

BUYER hereby grants SELLER permission through its agents, to check BUYER'S credit and/or the credit of any or all of the signatures for BUYER, at any time, for the purpose of establishing the maximum credit line available to BUYER, to assist SELLER in effectuating service upon BUYER, to assist in locating BUYER, and/or for any other purpose related to collecting upon any credit extended to BUYER, and/or any judgment relating thereto.

BUYER acknowledges that these terms and conditions have been read and understood, agrees to be bound by these terms and conditions and that this agreement supersedes all other proposals oral or written and all other communications between the parties relating to the subject matter hereof, prior or future, to the extent same conflict with these terms and conditions.

UNIQUE DESIGNS, INC.
521 5TH AVE STE 820
NEW YORK, NY 10175

Company Name: _____

Signed By: _[signature]_     Title: _CFO_     Date: _10/10/2017_

In order to induce SELLER to extend credit to BUYER, the undersigned each personally guarantees any and all obligations of BUYER to SELLER and waives notice of acceptance and/or any requirement that the SELLER first proceed against BUYER or any security given before proceeding against Guarantor.

Guarantor: _____     Date: _____

Guarantor: _____     Date: _____

STP-3

STI-000202
**EXHIBIT 51 - 0003**



# STRONG TRADING INC.
## CHONG CHONG JEWELRY GROUP

150 North Santa Anita Ave. Suite 800, Arcadia, CA 91006      TEL: 1 (626) 606-1888      FAX: 1 (626) 606-1899

## RESELLER'S PERMIT

FIRM NAME _____ UNIQUE DESIGNS, INC. _____

I HEREBY CERTIFY,

That I hold valid seller's permitted No. __Tax ID – 13-3827516__
Issued pursuant to the Sales and Use Tax Law; that I am engaged in the business of selling

_____

That the tangible personal property described herein which I should purchase from:
__Strong Trading Inc_____
Will be resold by me in the form of tangible personal property; PROVIDED, however, that in the event any of such property is used for any purpose other than retention, demonstration, or display while holding it for sale in the regular course of business, it is understood that I am required by the Sales and Use Tax Law to report and pay for tax, measured by the purchase price of such property.

Description of property to be purchased: _____

_____

Dated: __10/10__ 20_17_
Signature: _____[signature]_____
By and Title: __Prakash / CFO__
Phone: _____

In addition, please fax us a copy of your valid seller's permit
Thank you for your attention!

STP-5

STI-000203
EXHIBIT 51 - 0004



# STRONG TRADING INC.
## CHONG CHONG JEWELRY GROUP

150 North Santa Anita Ave. Suite 800, Arcadia, CA 91006   TEL: 1 (626) 606-1888   FAX: 1 (626) 606-1899

## AUTHORIZATION TO RELEASE CONFIDENTIAL INFORMATION

I AUTHORIZE OUR BANKS AND VENDORS TO RELEASE INFORMATION ON THE HISTORY OF ALL OUR ACCOUNTS TO **STRONG TRADING INC.** FOR THE PURPOSE OF EXTENDING CREDIT.

COMPANY NAME: **UNIQUE DESIGNS, INC.**
521 5TH AVE STE 820
NEW YORK, NY 10175

ADDRESS: _____

TELEPHONE: (212) 457-2404

AUTHORIZED SIGNATURE: _____

TITLE: CFO

DATE: 10/10/17

STP-4

STI-000204
**EXHIBIT 51 - 0005**

# STRONG TRADING INC.
## CHONG CHONG JEWELRY GROUP

150 North Santa Anita Ave. Suite 800, Arcadia, CA 91006    TEL: 1 (626) 606-1888    FAX: 1 (626) 606-1899

# PAYMENT INSTRUCTION

As for the payment, please make wire transfer for the invoices from Strong Jewelry (HK) Co. to the following account:

Account Name: STRONG JEWELRY (H.K.) CO., LTD.
Bank Name:    FUBON BANK (HONG KONG) LIMITED
Bank Address  Fubon Bank Building, 38 Des Voeux Road Central, Hong Kong
SWIFT CODE : IBALHKHH
Account No.   ███████████

For all the invoices from Strong Trading Inc, please make check payable to Strong Trading Inc and mail it to our California office.

If you have any question, please contact us.  Thank you!


Sincerely yours,

Accounting Department
Strong Trading Inc/ Chong Chong Jewelry Group

**STRONG TRADING INC.**
**CHONG CHONG JEWELRY GROUP**

150 North Santa Anita Ave. Suite 800. Arcadia, CA 91006     TEL: 1 (626) 606-1888     FAX: 1 (626) 606-1899

# PURCHASING TERMS AND CONDITIONS-1
*Effective 01/06/2011*

**Overview:**
Upon approval of this Performa invoice, the customer has accepted all below stated terms and conditions set forth. Upon approval of this Performa invoice, the customer is deemed to have accepted all order specifications, including delivery and billing addresses, item styles, item style descriptions, prices, and quantities, delivery date (subject to further confirmation). Seller reserves the right to change Terms and Conditions upon written notice.

**Pricing & Delivery:**
Prices and delivery date are subject to change due to the date of order placement per customer request and confirmation. Any Cancellation must be made within 3 working days after Buyer approves this Performa invoice. Any Revisions to order specifications must be made within 3 working days after Buyer approves this Performa invoice. Seller has the right to invoice the cost of production for any cancellation or revision made after 3 working days. Prices are F.O.B. Overseas, unless otherwise provided on the face hereon. Delivery dates shall be confirmed to customer 3-5 working days.

**Shipping:**
Buyer shall specify shipping carrier upon confirmation of this(the) Performa invoice. If Buyer fails to notify in advance, Seller has the right to select any commercial carrier and invoice buyer. Buyer is responsible for the cost of shipment and purchasing shipping insurance. Title to goods shall pass to Buyer and goods shall be at Buyer's risk from and after delivery to carrier, and Buyer shall assume all responsibility for shortage, loss, delay, or damages in transit upon issuance to Seller by carrier of bill of lading or equivalent form of shipping receipt, irrespective of whether Seller or Buyer determines the mode of transportation. Acceptance of goods by Buyer at Buyer's location indicates assent to all terms hereon.

**Return Policy:**
Any claim by Buyer for defective goods, improper goods, or for any cause is waived unless Seller thereof receives notice in writing, within 30 days of delivery. Used, worn, abused, or altered merchandise cannot be accepted for return. Upon receipt of the returned merchandise in good order in accordance with the below return policy and within 30 days of the invoice date, the company will issue credit to your account. Customer must adhere to the return policy set forth below:

- Any discrepancy in shipment quantity, style numbers, unit prices, and/ or damages shall be reported within 30 days of the invoice date.
- Customer is deemed to have accepted the merchandise unless a notification of rejection is received within 30 days of the invoice date. Returns after 30 days will not be accepted.
- All Returns MUST be accompanied with a Return Merchandise Authorization (RMA) form with a complete specification of the nature of the defect and/or return reasons; RMA may be issued by the customer's account executive under its sole discretion.
- Copies of original invoices and documents must be attached with the RMA form
- RMA# must be posted outside of the return package. Return packages without an RMA# will be rejected.
- Unless otherwise agreed, return shipping expense must be prepaid by the customer
- Returns of non-defective merchandise shall be subjected to a 30% restocking fee.

# STRONG TRADING INC.
## CHONG CHONG JEWELRY GROUP

150 North Santa Anita Ave. Suite 800, Arcadia, CA 91006    TEL: 1 (626) 606-1888    FAX: 1 (626) 606-1899

# PURCHASING TERMS AND CONDITIONS-2
*Effective 01/06/2011*

**Payments:**
50% Deposit is required after approval of this(the) Performa invoice in order for Seller to begin production. The balance is due prior to the delivery (or other agreed terms otherwise). When Buyer is in default of this agreement, Seller may, at its option and in addition to all other remedies available to it, declare all sums due to Seller by Buyer immediately due and payable; require cash payment or security for payment in advance for shipments; cancel this and/or any other outstanding agreements between Buyer and Seller; require that Buyer assign Buyer's interest in accounts receivable due to Buyer from Buyer's sale of goods sold under this and/or any other agreements between Buyer and Seller; and/or take possession of goods delivered to Buyer under this and/or all other agreements between Buyer and Seller. In the event that a collection effort is necessary, past-due accounts will be charged 10% per year or the highest legal interest rate, whichever is greater. Upon referral of a past-due account to our attorneys, or if a lawsuit or prejudgment attachment proceeding is instituted by our attorneys, Buyer agrees to pay actual attorney's fees incurred, court costs and expenses including post judgment proceedings.

**Indemnification:**
Irrespective of Seller's preparation of design or copy of the furnishing of advice or information, Seller shall not be liable to Buyer or any third party where the preparation, assembly, or manufacture of the goods or the printing or graphic matter thereon has been performed in compliance with Buyer's specifications, requests or approvals. Buyer shall indemnify and hold Seller harmless against any claims or actions arising out of Buyer's specifications, requests, or approvals including, but not limited to, (i) infringement on the property rights of others acquired without limitation thereof, by usage, registration, copyright, patent or otherwise, (ii) failure to comply with any federal, state, or local law or ordinance, and (iii)failure to comply with specifications, functionality or any other matter in connection with any universal product code (UPC) placed on goods; and Buyer shall promptly pay or secure any judgment or recovery and Seller's reasonable costs and expenses, including, but not limited to attorneys fees and court costs, incurred in investigating, settling or defending any such claims or actions. Seller shall not be liable under any circumstances to Buyer or any other person (i) after the goods have been processed or have been incorporated into other goods, or (ii) where the goods are not warehoused, handled, used, packed or distributed in accordance with the customary good commercial practices of the trade.

**Law:**
This agreement shall be governed and construed in accordance with the laws of the Commonwealth of California. Any term contained herein found to be void by legislation or by a court of competent jurisdiction shall not act to void the remainder of this agreement.

STP-8

STI-000207
**EXHIBIT 51 - 0008**