# EXHIBIT B

1  relationship with your customers at these jewelry shows?
2      A.  When customer came to us, and then may be they
3  will discuss about the item they interested, and then
4  after they select samples they probably interested.
5  They have interest doing business.  And we will send
6  them new customer agreement.
7      Q.  And you mentioned that Strong Trading has an
8  office in Hong Kong?
9      A.  Yes.
10      Q.  And what is the name of that office?
11      A.  It's Strong Jewelry HK Company Limited.
12      Q.  What do you mean by that's an office?
13      A.  Strong Trading Hong Kong Company Limited is kind
14  of extension to our Strong Trading.  So he can -- that
15  company -- that office can help us to do the shipping
16  function to U.S.
17      Q.  And is Strong -- does Strong Trading own Strong
18  Jewelry?
19      A.  No, it don't.
20      Q.  Does Strong Jewelry own Strong Trading?
21      A.  No.
22      Q.  Do you have any understanding as to how many
23  employees Strong Jewelry has?
24      A.  Two.
25      Q.  How long have you been working or using Strong

```
 1   say?
 2        A.   Unique Designs.
 3        Q.   And -- but this type of contract is -- strike
 4   that.
 5             Is this type of contract used for all of
 6   Strong Trading's new customers?
 7        A.   Yes.
 8        Q.   And the payment instructions that you mentioned,
 9   are they on this document in front of you?
10        A.   Yes.
11        Q.   And then I'm asking you to turn to page 51 --
12        A.   6?
13        Q.   6, yes.
14        A.   Yes.
15        Q.   Okay.  Can you turn to 51, 6.
16                  Okay.  This is the instruction that you
17   referenced?
18        A.   Yes.
19        Q.   Ms. Chu?
20        A.   Yes.
21        Q.   And at the top of the document it says "Strong
22   Trading"?
23        A.   Yes.
24        Q.   Do you see that?
25        A.   Uh-huh.
```

1 Q. Can you please describe for us what the reason
2 for these payment instructions were?
3 A. Well, the payment is to Strong Trading. Because
4 the shipment is coming from Hong Kong. So the payment
5 has to go to the Hong Kong. So we ask the customer to
6 pay the payment to Strong Jewelry Hong Kong.
7 Q. And towards the middle -- the middle part, it
8 also says that payment's also to be made directly to
9 Strong Trading.
10 Do you see that?
11 A. Yes.
12 Q. Can you please tell us why, under what
13 circumstance that payment would be made directly to
14 Strong Trading?
15 A. If the shipment's coming out from Strong Trading
16 California office, then the payment goes to our office.
17 Q. And this document came from Strong Trading Inc.
18 Correct?
19 A. Yes.
20 Q. And do you see that at the bottom, it says,
21 "Sincerely yours"?
22 A. Yes.
23 Q. So in this -- let's turn back to the first page.
24 A. Yes.
25 Q. This new customer agreement, this is between what

1  by email.
2     Q.  Do the invoices ever come from the Hong Kong
3  office?
4     A.  No.
5     Q.  Do the -- what does -- does the Hong Kong office
6  ever use the invoices?
7     A.  They will print out the invoice from the system
8  that we send to them, and then they will print out the
9  information with their lettering on it, and they'll put
10 in with the shipment and then ship it to U.S.
11    Q.  Why did they put it on their letterhead?
12    A.  Because it's international shipment.  So we need
13 to have a shipper name on the invoice.  So the name will
14 be on the invoice to go with the shipment.
15    Q.  When -- are invoices ever sent directly from
16 Strong Trading to any other customers?
17    A.  Can you repeat that?
18    Q.  Are invoices ever sent directly?  You mentioned
19 that Strong Trading sends the customers emails.
20    A.  Yes.
21    Q.  Is there any other instance where the invoice
22 would go -- come from Strong Trading versus the Hong
23 Kong office?
24    A.  Yes.  We will also have invoice from Strong
25 Trading when there's a simple invoice or a small invoice

1  that we ship it from our California office to the
2  customer.  Then we will also have the invoice for the
3  shipment and then email to customer.
4      Q.  And does -- what about the factory?  Does the
5  factory send goods directly to the customers?
6      A.  Rarely.  The factory send the shipment to Hong
7  Kong.  And then Hong Kong will ship it to our Strong
8  Trading customer in the U.S.
9      Q.  But does the factory ever receive any information
10 from Strong Trading?
11     A.  We share the information, so they can have the
12 order information, so that they can process the order
13 and find the -- whoever the -- can manufacture the
14 jewelry.
15     Q.  Does Strong Trading own the factory?
16     A.  No.
17     ==Q.  Now, you mentioned that the Hong Kong company,==
18 ==you know, assists with shipping and Customs.  What do==
19 ==you mean by that?==
20     ==A.  Because it international shipment, so when==
21 ==shipment coming from oversea, they need to have==
22 ==shipper's name on the invoice so that they can send it==
23 ==to the Customs or they can do import.==
24     ==Q.  This is done for all of Strong Trading's==
25 ==customers who items are shipped from overseas?==

1    A.   Yes.

2    Q.   That included Unique Designs?

3    A.   Yes.

4    Q.   Who does the customer pay once they receive the
5 goods?

6    A.   Customer pay to Strong Trading through our Hong
7 Kong office.

8    Q.   Do the customers ever pay Strong Trading
9 directly?

10   A.   They will pay our invoice.  Strong Trading's
11 invoice to Strong Trading.

12   Q.   Now, you mentioned earlier about these aged
13 receivable reports?

14   A.   Yes.

15   Q.   Can you please describe for us what those are.

16   A.   Aged receivable report basically list of all the
17 open invoices that haven't paid, and with the amount and
18 the dates and how old the invoice are.

19   Q.   And this is generated through that Peachtree
20 system that --

21   A.   Yes.

22   Q.   -- you testified to?

23        Okay.  How are these reports generated
24 through Peachtree?

25   A.   I can select the customer ID and then the date,

1    Q.   The full name of the Strong Jewelry company --
2    Strong Jewelry company appears on this document, right?
3    A.   Yes.
4    Q.   Do you agree with me that this agreement, marked
5    as Exhibit 51, was entered into between Unique Designs
6    and Strong Jewelry?
7    A.   No.   It's Strong Jewelry -- it is Strong Trading
8    and Unique Designs.
9    Q.   You gave your deposition in this case?
10   A.   Yes.
11   Q.   You were designated as the witness on behalf of
12   Strong Trading, right?
13   A.   Yes.
14   Q.   When you gave your testimony, it was your best
15   and most truthful testimony, right?
16   A.   Yes.
17   Q.   You didn't lie, right?
18   A.   No.
19            MR. SINGH:  Your Honor, may I play the video
20   clip for Ms. Chu's deposition transcript of May 31,
21   2022, page 66, lines 18 to 25, page 78, line 6 through
22   11, for impeachment purposes only.
23            THE COURT:  Okay.
24            MR. YORK:  Your Honor, if I may, we
25   submitted a list of objections to several portions of

1    Q.  And neither company owns the other, right?
2    A.  No.
3         THE COURT:  When you said "no," is it
4    correct that neither company owns the other?  Is that
5    correct?
6         THE WITNESS:  Yes.  It does not own each
7    other, no.
8    BY MR. SINGH:
9    Q.  Directing -- back to Exhibit 51.  Directing your
10   attention to the payment instruction of Exhibit 51.
11        You've reviewed this payment instruction
12   before today, right?
13   A.  Yes.
14   Q.  In this contract, invoices from that company
15   Strong Jewelry, are only going to be paid to Strong
16   Jewelry, right?
17   A.  Can you repeat.
18   Q.  Yeah.  If an invoice comes from Strong Jewelry,
19   the payment goes to Strong Jewelry, right?
20   A.  No.  The invoice coming from Strong Jewelry Hong
21   Kong is a shipment coming from Strong Jewelry Hong Kong.
22   But Strong Trading's payment.
23   Q.  The payment goes to Strong Jewelry, though,
24   right?
25   A.  The payment is going to Strong Trading through

1  the Hong Kong office per the agreement here.
2      Q.   Correct.  So just that first part of it, the
3  payment from the customer is going to Strong Jewelry
4  directly, right?
5      A.   They wire the payment.  But the payment is to
6  Strong Trading through the Strong Jewelry Hong Kong
7  account.
8      Q.   And invoices from Strong Trading are payable to
9  Strong Trading, right?  When an invoice comes from
10  Strong Trading, that payment is going to go to Strong
11  Trading, right?
12     A.   Yes.
13     Q.   Strong Trading isn't owed any money on an invoice
14  from Strong Jewelry Hong Kong, correct?
15     A.   No.  Unique Designs owe Strong Trading money.
16     Q.   I'm not asking you about Unique Designs right
17  now.
18          I'm just asking, Strong Trading would never
19  be owed money on an invoice that's coming from Strong
20  Jewelry, correct?
21     A.   Strong Trading not owe money.
22     Q.   So if there is an invoice to Strong Jewelry to a
23  customer, the payment from the customer isn't going to
24  Strong Trading, correct?
25     A.   The payment coming to Strong Trading but through

```
 1    the account -- Strong Jewelry Hong Kong account.
 2              MR. SINGH:  Your Honor, I request to play
 3    the deposition testimony of Ms. Chu, page 78, line 13
 4    through page 79, line 13.  And page 80, 8 through 25.
 5              THE COURT:  Any objection?
 6              MS. ALPARCE:  Yes, Your Honor.  We would
 7    like to object.  First of all --
 8              THE COURT:  I'm sorry.  First of all, 77 to
 9    what, Counsel?  Page 77 --
10              MR. SINGH:  78, 13 to 79, 13.
11              THE COURT:  78, 13 to 79, 13.
12              What is the objection on that, Counsel?
13              MS. ALPARCE:  First of all, Your Honor, the
14    excerpt that Counsel is referring to is incomplete as
15    Ms. Chu submitted an errata clarifying her testimony,
16    number one.  And number two, if he intends to read that
17    portion, we request that he continue to read from the
18    transcript from page 79, line 14 to page 80, line 7 for
19    completeness.
20              THE COURT:  Next group is what?
21              MR. SINGH:  Page 80, line 8.
22              THE COURT:  Through?
23              MR. SINGH:  Through 14.  And 22 to 25.
24              THE COURT:  Through?  I'm sorry.
25              MR. SINGH:  8 through 14.  22 to 25.
```

```
 1     A.    Yes.
 2     Q.    At the top of the page, it says "Strong Jewelry
 3  HK Company Limited."
 4           Do you see that?
 5     A.    Yes.
 6     Q.    All the invoices that are identified in the
 7  invoice column are from Strong Jewelry to Unique
 8  Designs; is that right?
 9     A.    The -- can you repeat that question.
10     Q.    Yes.  Are all the invoices shown in the invoice
11  column from Strong Jewelry Hong Kong to Unique Designs?
12     A.    Those are the shipment coming from Strong Jewelry
13  Hong Kong.
14     Q.    I'm talking about the invoices.  Are these
15  invoices -- were these invoices issued from Strong
16  Jewelry Hong Kong to Unique Designs?
17     A.    Those invoices are printed with Strong Jewelry
18  Hong Kong letterhead.  Not issued.
19     Q.    But they are coming from Strong Jewelry in Hong
20  Kong.  And they are going with the shipment to Unique
21  Designs in New Jersey, right?
22     A.    Yes.  Coming with the package.
23     Q.    There's a column, again, that's with a heading
24  invoice /CM#.
25           Do you see that?  That's what I circled
```