JS6

**WHGC, P.L.C.**
KATHLEEN E. ALPARCE (SBN 230935)
*KathleenAlparce@WHGCLaw.com*
JESSICA A. CRABBE (SBN 263668)
*JessicaCrabbe@WHGCLaw.com*
JEFFREY C.P. WANG (SBN 144414)
*JeffreyWang@WHGCLaw.com*
MICHAEL G. YORK (SBN 89945)
*MichaelYork@WHGCLaw.com*
130 l Dove Street, Suite 1050
Newport Beach, CA 92660
Tel: (949) 833-8483; Fax: (866) 881-5007

NOTE: CHANGES MADE BY THE COURT

Attorneys for Plaintiff and Counter-Defendant
*STRONG TRADING INC.* and Counter-Defendant *KURT CHIEN*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA [WESTERN DIVISION]

| | |
|---|---|
| STRONG TRADING INC., a California Corporation,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS, a New Jersey Corporation,<br><br>　　　　Defendants. | CASE NO. 2:21-cv-04206-RGK-PVC<br>[Assigned to Honorable R. Gary Klausner]<br><br>~~[PROPOSED]~~ **JUDGMENT**<br><br>TRIAL DATE: June 15, 2022 |
| UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS, a New Jersey Corporation,<br><br>　　　　Counter-Claimant,<br><br>vs.<br><br>STRONG TRADING INC., a California Corporation, and KURT CHEN, an Individual,<br><br>　　　　Counter-Defendants. | |

1

~~[PROPOSED]~~ JUDGMENT

This action came on for jury trial on June 15, 2022, the Honorable R. Gary Klausner, District Judge presiding. The issues having been duly tried; the Court having dismissed for insufficient evidence Defendant and Counter-Claimant UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS' (1) First Amended Counter-Claim against Counter-Defendant KURT CHIEN, (2) First Amended Counter-Claim's Third Cause of Action for Fraud against all Counter-Defendants, (3) First Amended Counter-Claim's claim for punitive damages against all Counter-Defendants, and (4) affirmative defenses of unclean hands and waiver in its Answer to the Complaint; and the jury having rendered its verdict,

IT IS ORDERED AND ADJUDGED as follows:

1. Plaintiff STRONG TRADING INC. recover of Defendant UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS the sum of $369,441.12, **with post-judgment interest as determined by the Court via post-trial motion.** ~~with interest thereon at the rate of 2.94 percent as provided by law.~~

2. Counter-Claimant UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS take nothing on its First Amended Counterclaim.

3. Plaintiff and Counter-Defendant STRONG TRADING INC. and Counter-Defendant KURT CHIEN recover of Defendant and Counter-Claimant UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS their costs of action, **as determined by post-trial motion.** ~~taxed in the sum of $~~

DATED: July 14, 2022

_/s/ Gary Klausner_
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE