JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA [WESTERN DIVISION]

| | |
|---|---|
| STRONG TRADING INC., a California Corporation, <br><br>                    Plaintiff, <br><br>vs. <br><br> UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS, a New Jersey Corporation, <br><br>                    Defendants. | CASE NO. 2:21-cv-04206-RGK-PVC <br> [Assigned to Honorable R. Gary Klausner] <br><br> **AMENDED JUDGMENT** TRIAL <br><br> DATE: June 15, 2022 |
| UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS, a New Jersey Corporation, <br><br>                    Counter-Claimant, <br><br> vs. <br><br> STRONG TRADING INC., a California Corporation, and KURT CHEN, an Individual, <br><br>                    Counter-Defendants. | |

This action came on for jury trial on June 15, 2022, the Honorable R. Gary Klausner, District Judge presiding. The issues having been duly tried; the Court having dismissed for insufficient evidence Defendant and Counter-Claimant UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS' (1) First Amended Counter-Claim against Counter-Defendant KURT CHIEN, (2) First Amended Counter-Claim's Third Cause of Action for Fraud against all Counter-Defendants, (3) First Amended Counter-Claim's claim for punitive damages against all Counter-Defendants, and (4) affirmative defenses of unclean hands and waiver in its Answer to the Complaint; and the jury having rendered its verdict,

IT IS ORDERED AND ADJUDGED as follows:

1. Plaintiff STRONG TRADING INC. recover of Defendant UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS the sum of $369,441.12, plus prejudgment interest in the amount of $70,578.51, for a total in the amount of $440,019.63, with interest thereon at the rate of 2.86 percent as provided by law.

2. Counter-Claimant UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS take nothing on its First Amended Counterclaim.

3. Plaintiff and Counter-Defendant STRONG TRADING INC. and Counter-Defendant KURT CHIEN recover of Defendant and Counter-Claimant UNIQUE DESIGNS, INC. DBA SDIL / KIRAN JEWELS their costs of action, taxed in the sum of $5,715.53.

DATED: **OCTOBER 14, 2022**

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE