```
 1              UNITED STATES OF AMERICA
             UNITED STATES DISTRICT COURT
 2           CENTRAL DISTRICT OF CALIFORNIA
                  WESTERN DIVISION
 3
                     - - -
 4          HONORABLE R. GARY KLAUSNER,
        UNITED STATES DISTRICT JUDGE PRESIDING
 5                   - - -

 6
   STRONG TRADING, INC.,        )
 7                              )  CERTIFIED COPY
                                )
 8            PLAINTIFF,         )
                                )  CV 21-04206 RGK
 9   VS.                        )
                                )
10   UNIQUE DESIGNS, INC., et   )
     al.,                       )
11                              )
                                )
12            DEFENDANTS.        )
                                )
13                              )
                                )
14                              )
   _____)
15

16
                  PRETRIAL CONFERENCE
17        REPORTER'S TRANSCRIPT OF PROCEEDINGS
              MONDAY, MAY 23, 2022
18                A.M. SESSION
             LOS ANGELES, CALIFORNIA
19

20

21

22

23          SHERI S. KLEEGER, CSR 10340
          FEDERAL OFFICIAL COURT REPORTER
24        312 NORTH SPRING STREET, ROOM 402
          LOS ANGELES, CALIFORNIA 90012
25            PH:  (213)894-6604
```

```
 1

 2

 3

 4
     APPEARANCES OF COUNSEL:
 5
     ON BEHALF OF PLAINTIFF:
 6
                 BY:  MICHAEL YORK, ESQUIRE
 7

 8   ON BEHALF OF DEFENDANT:

 9                 BY:  YASHDEEP SINGH, ESQUIRE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              CALIFORNIA, LOS ANGELES, MAY 23, 2022
 2                         A.M. SESSION
 3
 4              THE CLERK:  Call item No. 6.  Case number
 5   CV21- 4206.  Strong Trading, Incorporated versus Unique
 6   Design, Incorporated.
 7              Counsel, please state your appearances.
 8              Please approach the lectern and state your
 9   appearance.
10              MR. YORK:  Good morning, Your Honor.
11   Michael York, representing plaintiff and
12   cross-defendants.
13              THE COURT:  Okay.  Counsel.  Why don't have
14   you have a seat over here.
15              MR. YORK:  Thank you, Your Honor.
16              MR. SINGH:  Good morning, Your Honor.
17   Yashdeep Singh for defendant and counter-claimant,
18   Unique Designs.
19              THE COURT:  Why don't you have a seat over
20   here.
21              MR. SINGH:  Thank you.
22              THE COURT:  In this particular matter, it's
23   obvious from the papers that the two sides really don't
24   get along well with each other.  So I've got that in
25   mind.
```

1          So let me tell you how this will be handled.

2     First of all, on the motion in limine, that's denied.

3          But the Court is going to order at this time

4     a deposition to be taken, the plaintiff to set up when

5     that deposition is going to be sometime this week and

6     notify the defendant by 2 o'clock today as to what day

7     it will be taken.

8          And the defendant will have to adhere to

9     that day sometime this week.  It has to be finished by

10    this week.

11         Next week you will be ordered back to

12    another mediation.  And that will be done with a

13    magistrate judge.  The clerk will tell you who that

14    magistrate judge will be.

15         On the pretrial -- let me talk to you a

16    little bit about what you can expect when you get into

17    Court.

18         The -- first of all, every day of trial, we

19    are going to need a statement -- oh, excuse me.

20         On the first day of trial before we get

21    started, we are going to need a statement of the case.

22    That's to be no more than a paragraph.  Just to tell us

23    what the case is about so the jury will know whether

24    they're trying a murder case or if they're trying a

25    contract case or whatever it is.  A very short statement

1  of the case so I can read it to the jury to see if they

2  know anything about this case.

3           Number 2 is, every day I need an order of

4  the witnesses you're going to call that day in the order

5  that you're going to be calling them.

6           I don't care if that's formal or not.  You

7  can do that on a piece of scratch paper.  But every day

8  before I start, I need to know what witnesses are going

9  to be called that day.

10           Voir dire, the Court conducts its own voir

11  dire.  I don't recall voir dire requests from either

12  side.

13           MR. YORK:  No, Your Honor.

14           THE COURT:  The Court will conduct its own

15  voir dire on this case.

16           What we will do is we will bring in 14

17  jurors, put them in the box.  We will voir dire those 14

18  jurors.

19           When I get through voir diring them, we'll

20  come over to the side bench over here, one attorney from

21  each side, and we'll go through challenges.

22           Challenges for cause, first of all, as to

23  any one of the 14.  Peremptory challenges, only as to

24  the first eight.  We're going to pick a jury of eight

25  rather than six.  And because of that, I will give you

1   one extra peremptory challenge so you will have four

2   peremptory challenges rather than three.

3          On your peremptory challenges, keep in mind

4   that if you pass a peremptory challenge, you don't lose

5   it.  You can exercise it later on.  With the exception

6   that if you pass and the other side pass, we have the

7   jury.

8          When we get through with the peremptory

9   challenges and the challenges for cause, as soon as we

10  get through seven of them, I'll come back on the bench,

11  excuse seven jurors by number.  They will not know who

12  excused them or why they were excused.

13         When they leave the courtroom, we will bring

14  in seven new jurors and put them in the box and continue

15  until we get a jury picked on it.

16         Questions on voir dire.  Either side have

17  any questions on voir dire?

18         Yes.

19         MR. SINGH:  Your Honor, my understanding was

20  that voir dire questions were due seven days before the

21  trial, which is June 7th.  Were we to have already

22  submitted those questions?

23         THE COURT:  If you wish to submit questions

24  on voir dire, you may do that until the week before.

25  And I will incorporate those questions to the extent

1   that I think they are appropriate in my voir dire.

2              Any other questions on voir dire; how we do

3   the voir dire?

4              MR. SINGH:  And the parties will have an

5   opportunity to also conduct a voir dire --

6              THE COURT:  No.

7              MR. SINGH:  -- or the Court's only --

8              THE COURT:  The Court does all the voir dire

9   itself.

10             Other areas that you should be familiar with

11  as far as how the Court conducts itself.

12             First of all, if you make an objection,

13  always stand when you make your objection so I know

14  who's making the objection.

15             When you make your objection, you never

16  argue the objection in front of the jury.  You can say,

17  Hearsay.  That's fine.  And the other side can say, Not

18  offered for the truth of the matter.  That's fine.  But

19  we do not argue the objection in front jury.

20             I feel very confident in making evidentiary

21  rulings.  I will make those rulings.  If I'm wrong,

22  because we're all wrong sometimes, then next time we

23  have a break in the jury, you can bring it up, put it on

24  the record, and if we have to make a modification, we

25  will make it at that time.  But we do not ever argue

1    objections in front of the jury.

2              During the course of the trial, there are no

3    bench conferences.  Anything you want to bring up, bring

4    up at the next break.  But we do not have bench

5    conferences when the jury is here.

6              Evidence that you wish to present to a

7    witness is always made through the clerk.  You never

8    approach a witness directly.  You give the exhibit to

9    the clerk, and the clerk will give it to the witness,

10   and we will give it back to you.

11             If you have no objection to an exhibit

12   coming in -- it's your choice.  You can either say, No

13   objection, if you wish, or you can remain silent,

14   because a lot of times you don't feel like -- you don't

15   want to keep repeating:  No objection.  No objection.

16   You can remain silent if you want.  Always wait for

17   three or four seconds to see if there is an objection.

18             If not, I will rule on it.  But don't feel

19   that you have to say "No objection."  But if you want to

20   say that, that's fine.

21             Any time you're talking -- other than making

22   an objection, any time you're talking while jurors are

23   present, always speak from the podium.  And not only

24   from that lectern there, but from the microphone on the

25   lectern so that the reporter can hear what you're

1    saying.  But we do not want wander around.  Any time

2    you're talking at all, except for objections, it's from

3    that lectern.

4                One of the problems, and we may have

5    problems with this, I hope not, because this is the one

6    place where you don't want to cross the line, is

7    civility in the courtroom.  I don't care what you guys

8    do outside the courtroom.  If you want to go in the back

9    alleys and have it up, I don't care.

10               In this courtroom, this jury is going to

11   think you have the utmost respect for the other side as

12   an officer of the court, and that they're an officer of

13   the court.  They're going to see a respectful, dignified

14   court where both attorneys act in such a way.  If there

15   is any lack of civility, God help you.  That's all I've

16   got to say.  That's the one place that the Court really

17   loses it is if the Court sees any lack of civility in

18   this courtroom.

19               Interesting enough, on the other side of

20   that, any time both sides agree on something -- and I

21   hope that you can get together on some of these things,

22   it's much better for you than if the Court -- I have no

23   problem making decisions on it, but both sides are going

24   to like it better if you agree on something beforehand.

25               If you agree on something beforehand, as

1  long as it doesn't affect the jury or the timing, I

2  normally will go along with it.

3            One side wants to put a demonstrative

4  evidence up or they want to call a witness out of order,

5  or whatever it is, if the two sides agree on it, I

6  almost always will go along with it.

7            Also, I don't know if this is going to come

8  up in this case or not, but you are never to use a first

9  name when you're talking to a witness.  It's never Jimmy

10  or Joe or Billy, whatever it is.  It is always a last

11  name.  Again, in this courtroom, everyone should know

12  that they have the respect to be called by their last

13  name.  I don't care who they are.  Everyone has a

14  dignity and respect to be able to be called by their

15  last name.

16            I don't think we're going to get into this,

17  but if you ignore the Court ruling, for instance, keep

18  repeating something I've already told you not to ask

19  that question, first couple of times I'll correct you,

20  but not in front of the jury.

21            After a couple, I will even correct you in

22  front of the jury.  And that's going to be embarrassing

23  for both sides if I have to say, Counsel, you know

24  better than to ask that question; the Court's already

25  ruled on it; you're just trying to mislead the jury.

1    I'll say that in front of the jury if you've done that

2    two or three times.  You don't want to get into that

3    situation.

4            Let's talk about time.  Time -- the first

5    day you come in, which is in two weeks -- three weeks, I

6    guess it is.  The 14th.

7            MR. YORK:  14th, Your Honor.

8            THE COURT:  We will come in at 9 o'clock in

9    the morning.  I'll talk to you, make sure that we get

10   logistical matters cleaned up.

11           By 9:30 to quarter of 10:00, we'll have the

12   jury down here and we'll start picking the jury between

13   9:30, quarter of 10:00.

14           The first day, because of that, it is -- we

15   may or may not keep to the time limits we normally do --

16   not time limits.  The timing we do on other days.

17           But I can tell you after that day, starting

18   Wednesday morning, every day we're in trial, we'll start

19   right at 8:30 in the morning; not 8:31, not 8:29, but at

20   8:30.  We'll start right at that time.

21           We'll go from 8:30 until 11:30.  We'll break

22   at 11:30.  Come back in at 1:00, which is an hour and a

23   half for lunch.  And go from 1:00 until 4:00.

24           So you get a three-hour segment in the

25   morning, a three-hour segment in the afternoon with a

1   15-minute break in there so you don't have to go

2   straight three hours.

3              But you can set your watch by that.  At

4   4 o'clock, if you have a witness that has to get back to

5   Chicago and you've only got 30 seconds left on it, and

6   you're in the middle of a question, and you say, Can we

7   finish this question?  I'll say no.  At 4 o'clock we

8   break.

9              This jury is going to know that they can

10  meet their obligations.  Pick up their kids, whatever it

11  is, they'll know that at 4 o'clock they're free.

12             You can set your watch by the time limits

13  I'm giving you here.  8:30 in the morning until 11:30.

14  And in the afternoon from 1 o'clock until 4 o'clock.

15             Now, let's talk a little bit about time

16  limits on this case.

17             The Court has gone through -- I was pretty

18  disappointed on the witness statements, because they're

19  very specific.  We want to know what witnesses you're

20  going to call.  But we also want to know what's unique

21  about their testimony and what the time limits are.

22             I read through this and I've looked at these

23  witnesses.  And witnesses one, two and three really say

24  the same thing as far as what their testimony is going

25  to be.

1                If you are the Rose Bowl on New Year's Day

2    and there is a shooting there, you can call 100,000

3    witnesses.  Technically, they all know what's going on.

4    You can call them if you want.  Or you can call one

5    witness and get the same information out.

6                The Court will give you whatever it will

7    take to call that one witness.  If you want to call a

8    hundred witnesses in that period of time, that's fine.

9    If you want to call one . . .  We limit it to what the

10   subject matters are.

11               There are three subject matters that have to

12   be discussed in this case.  One is the transaction, the

13   forming of the transaction.  The other one is the breach

14   of contract or the -- of the transaction.  And the

15   fourth one -- or third one is damages.

16               Both sides, even on the cross-complaints,

17   same thing, transaction, breach, damages.

18               In looking at it, if I gave you an hour to

19   present on TV what the transaction was about, you could

20   do it, no problem.

21               If I asked you what the breach of the

22   transaction was, I give you an hour on that.

23               On damages, you can do it in a half hour on

24   damages.

25               So that's about two and a half hours.

1            So rather than give you two and a half to

2    three hours for the entire case, I'm going to give you

3    two and a half hours to three hours on each side.  So

4    each side will get two and a half to three hours.

5            I keep a running tab on the minutes we spend

6    during the trial.  You I can ask me at any time how much

7    time you have left.

8            For instance, if you have, say -- three

9    hours is 180 minutes, and you've used 60 of that, I will

10   tell you, you have 120 minutes left, et cetera.

11           When your time is up, you're through.  You

12   cannot ask questions either on direct or

13   cross-examination.  You're through.

14           Once your time limit is up, you're through

15   speaking on it.

16           So keep that in mind, because sometimes we

17   get to the end and somebody will have, you know, half

18   hour or an hour left.  The other side won't have any

19   left.  They can keep asking questions and you can't

20   cross-examine.  Keep that in mind.

21           Now, there is a safety valve in that and

22   that is that if your case has been presented efficiently

23   and effectively as you can, and the interest of justice

24   still calls for more time, I will give you more time.

25           In the 20 years I've been in this court,

1    that's happened twice.  So we're pretty good at being

2    able to predict what you need to present a case on it.

3    But that is a safety valve on it.

4              Now, the -- let me ask you at this time, any

5    questions that you have as far as how the Court conducts

6    the trial?

7              MR. SINGH:  Your Honor, just as to the time

8    limit for each side, there is obviously an underlying

9    action in the cross-complaint.

10             THE COURT:  I know that.

11             MR. SINGH:  Is there two and a half hours

12   for --

13             THE COURT:  For the entire trial.

14             MR. SINGH:  For each side to present its

15   case?

16             THE COURT:  When you say there's a

17   cross-complaint, there are, but they're basically the

18   same thing going both ways.

19             I should tell you this also, which I'm

20   surprised you didn't ask:  Does that include opening

21   statements and closing argument?  And the answer is no.

22             I'll give you different time limits for

23   opening and closing argument.  Probably get, you know,

24   20 minutes on opening statement, half hour on closing

25   argument.

1              But I will talk to you about that when we

2    get into trial, when we see how much time you need.  But

3    that -- the time limits I gave you is just for asking

4    questions in front of the jury.  Okay.

5              MR. YORK:  Your Honor, I have two questions,

6    if I may.

7              THE COURT:  Yes.

8              MR. YORK:  First of all, Your Honor, I

9    understand the Court's ruling about the deposition.

10   Because of what occurred, we have not had the

11   opportunity to take the defendant's deposition.  We

12   would like to take the defendant's deposition.  Since

13   this week is a little crowded --

14             THE COURT:  That's the only deposition that

15   you made your motion in limine on.  That's the one

16   deposition you were talking about in your motion in

17   limine, was it not?

18             MR. YORK:  It was their motion in limine,

19   Your Honor.

20             MR. SINGH:  We filed a motion in limine to

21   exclude Strong Trading's deposition because they --

22             THE COURT:  Oh, okay.

23             So what deposition are you looking for?

24             MR. SINGH:  The 12 topics of --

25             THE COURT:  What deposition -- what people

1    are you looking for?  What deposition?

2                MR. SINGH:  It's a PMK.  I don't know who

3    they're going to designate, but it's 12 things that I

4    have identified.

5                THE COURT:  It's 12 --

6                MR. SINGH:  Things that I've identified.

7                THE COURT:  Okay.  But it's the

8    representative you're looking for?

9                MR. SINGH:  Correct.

10               THE COURT:  Then you also, Counsel, are

11   going to have to -- you're going to give it a -- this

12   week -- by 2:00 o'clock today, you will tell us when

13   that deposition can be taken, and you're going to match

14   that.

15               You are going to tell us by 2 o'clock the

16   deposition that you want of the defendant.  And same

17   thing.  So those will be done both sometime this week.

18               MR. YORK:  Very well, Your Honor.

19               And the second question -- I apologize, Your

20   Honor, if I just may -- one other question.  And that

21   is, the Court wanted us to have a settlement conference

22   with a magistrate judge.

23               I wanted to mention to you that we did have

24   a private mediation with Judge McCurin.  Judge McCurin

25   just recently sent us an e-mail reaching out to us to

1   see if we wanted to talk some more to the Court.  Since

2   we started with Judge McCurin, we prefer to go back to

3   Judge McCurin.

4            THE COURT:  I will ask you both right now,

5   because he's already had mediation, would it be

6   fruitless to send you back to him?  Or who do you

7   think would be the best person -- I'm not saying you are

8   going to resolve the case.  But who would be the best

9   person to have a mediation?

10           Do you both like McCurin?  If not, I'll get

11   you a second -- or third person.

12           I thought you had one with the magistrate

13   judge assigned to this case also?

14           Oh, you just had discovery with him.

15           MR. YORK:  Just discovery, yes.

16           I'm fine either way.  My only thought was,

17   Your Honor, Judge McCurin's already familiar with the

18   case, and so I thought perhaps --

19           THE COURT:  Counsel, what do you think?

20           MR. SINGH:  Yeah, that's fine.  We are fine

21   with Judge McCurin.

22           THE COURT:  I don't want to do a useless

23   act.  If you got to the point where you couldn't talk to

24   each other in front of him, I want somebody else in.

25   But if you still -- if you think you can still discuss

```
 1   it in front of him, we'll order it in front of him.
 2                   MR. YORK:  Thank you very much, Your Honor.
 3                   MR. SINGH:  Your Honor, if I may, we have
 4   two witnesses whom we expect -- one is in India and one
 5   is in New York.
 6                   Would the Court permit those two witnesses
 7   to appear by Zoom, and we have identified --
 8                   THE COURT:  No.  No.
 9                   MR. SINGH:  All in person?
10                   THE COURT:  Or video depositions can be
11   admitted also.  But not by Zoom.
12                   MR. SINGH:  Thank you, Your Honor.
13                   THE COURT:  Okay.  That will be the order of
14   the Court.
15                   We are in recess.
16                   (Recess taken.)
17
18
19
20
21
22
23
24
25
```

```
1
2                    CERTIFICATE OF REPORTER.
3
4    COUNTY OF LOS ANGELES       )
5                                )  SS.
6    STATE OF CALIFORNIA         )
7
8    I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR
9    THE UNITED STATES DISTRICT COURT FOR THE CENTRAL
10   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT
11   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE
12   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE
13   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE
14   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE
15   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE
16   JUDICIAL CONFERENCE OF THE UNITED STATES.
17   NOVEMBER 17, 2022
18
19   /S/_____
20   SHERI S. KLEEGER, CSR
21   FEDERAL OFFICIAL COURT REPORTER
22
23
24
25
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## /

**/S** [1] - 21:19

## 1

**1** [1] - 13:14
**100,000** [1] - 14:2
**10340** [1] - 1:23
**10:00** [2] - 12:11, 12:13
**11:30** [3] - 12:21, 12:22, 13:13
**12** [3] - 17:24, 18:3, 18:5
**120** [1] - 15:10
**14** [3] - 6:16, 6:17, 6:23
**14th** [2] - 12:6, 12:7
**15-minute** [1] - 13:1
**17** [1] - 21:17
**180** [1] - 15:9
**1:00** [2] - 12:22, 12:23

## 2

**2** [3] - 5:6, 6:3, 18:15
**20** [2] - 15:25, 16:24
**2022** [3] - 1:17, 4:1, 21:17
**21-04206** [1] - 1:8
**213)894-6604** [1] - 1:25
**23** [2] - 1:17, 4:1
**28** [1] - 21:11
**2:00** [1] - 18:12

## 3

**30** [1] - 13:5
**312** [1] - 1:24

## 4

**4** [4] - 13:4, 13:7, 13:11, 13:14
**402** [1] - 1:24
**4206** [1] - 1:8
**4:00** [1] - 12:23

## 6

**6** [1] - 4:4
**60** [1] - 15:9

## 7

**753** [1] - 21:11
**7th** [1] - 7:21

## 8

**8:29** [1] - 12:19
**8:30** [4] - 12:19, 12:20, 12:21, 13:13
**8:31** [1] - 12:19

## 9

**9** [1] - 12:8
**90012** [1] - 1:24
**9:30** [2] - 12:11, 12:13

## A

**A.M** [2] - 1:18, 4:2
**able** [2] - 11:14, 16:2
**ABOVE** [1] - 21:14
**ABOVE-ENTITLED** [1] - 21:14
**act** [2] - 10:14, 19:23
**action** [1] - 16:9
**adhere** [1] - 5:8
**admitted** [1] - 20:11
**affect** [1] - 11:1
**afternoon** [2] - 12:25, 13:14
**agree** [4] - 10:20, 10:24, 10:25, 11:5
**al** [1] - 1:10
**alleys** [1] - 10:9
**almost** [1] - 11:6
**AMERICA** [1] - 1:1
**AND** [3] - 21:8, 21:12, 21:14
**ANGELES** [4] - 1:18, 1:24, 4:1, 21:4
**answer** [1] - 16:21
**apologize** [1] - 18:19
**appear** [1] - 20:7
**appearance** [1] - 4:9
**APPEARANCES** [1] - 2:4
**appearances** [1] - 4:7
**approach** [2] - 4:8, 9:8
**appropriate** [1] - 8:1
**areas** [1] - 8:10
**argue** [3] - 8:16, 8:19, 8:25
**argument** [3] - 16:21, 16:23, 16:25
**assigned** [1] - 19:13
**attorney** [1] - 6:20
**attorneys** [1] - 10:14

## B

**beforehand** [2] - 10:24, 10:25
**BEHALF** [2] - 2:5, 2:8
**bench** [4] - 6:20, 7:10, 9:3, 9:4
**best** [2] - 19:7, 19:8
**better** [3] - 10:22, 10:24, 11:24
**between** [1] - 12:12
**Billy** [1] - 11:10
**bit** [2] - 5:16, 13:15
**Bowl** [1] - 14:1
**box** [2] - 6:17, 7:14
**breach** [3] - 14:13, 14:17, 14:21
**break** [5] - 8:23, 9:4, 12:21, 13:1, 13:8
**bring** [5] - 6:16, 7:13, 8:23, 9:3
**BY** [2] - 2:6, 2:9

## C

**CALIFORNIA** [6] - 1:2, 1:18, 1:24, 4:1, 21:6, 21:10
**cannot** [1] - 15:12
**care** [4] - 6:6, 10:7, 10:9, 11:13
**case** [18] - 4:4, 5:21, 5:23, 5:24, 5:25, 6:1, 6:2, 6:15, 11:8, 13:16, 14:12, 15:2, 15:22, 16:2, 16:15, 19:8, 19:13, 19:18
**CENTRAL** [2] - 1:2, 21:9
**cERTIFICATE** [1] - 21:2
**CERTIFIED** [1] - 1:7
**CERTIFY** [1] - 21:10
**cetera** [1] - 15:10
**challenge** [2] - 7:1, 7:4
**challenges** [7] - 6:21, 6:22, 6:23, 7:2, 7:3, 7:9
**Chicago** [1] - 13:5
**choice** [1] - 9:12
**civility** [3] - 10:7, 10:15, 10:17
**claimant** [1] - 4:17
**cleaned** [1] - 12:10
**clerk** [4] - 5:13, 9:7, 9:9
**CLERK** [1] - 4:4
**closing** [3] - 16:21, 16:23, 16:24
**CODE** [1] - 21:11
**coming** [1] - 9:12
**complaint** [2] - 16:9, 16:17
**complaints** [1] - 14:16
**conduct** [2] - 6:14, 8:5
**conducts** [3] - 6:10, 8:11, 16:5
**CONFERENCE** [2] - 1:16, 21:16
**conference** [1] - 18:21
**conferences** [2] - 9:3, 9:5
**confident** [1] - 8:20
**CONFORMANCE** [1] - 21:15
**continue** [1] - 7:14
**contract** [2] - 5:25, 14:14
**COPY** [1] - 1:7
**correct** [3] - 11:19, 11:21, 18:9
**CORRECT** [1] - 21:12
**Counsel** [3] - 4:7, 11:23, 18:10
**COUNSEL** [1] - 2:4
**counsel** [2] - 4:13, 19:19
**counter** [1] - 4:17
**counter-claimant** [1] - 4:17
**COUNTY** [1] - 21:4
**couple** [2] - 11:19, 11:21
**course** [1] - 9:2
**COURT** [29] - 1:1, 1:23, 4:13, 4:19, 4:22, 6:14, 7:23, 8:6, 8:8, 12:8, 16:10, 16:13, 16:16, 17:7, 17:14, 17:22, 17:25, 18:5, 18:7, 18:10, 19:4, 19:19, 19:22, 20:8, 20:10, 20:13, 21:8, 21:9, 21:21
**Court** [17] - 5:3, 5:17, 6:10, 6:14, 8:8, 8:11, 10:16, 10:17, 10:22, 11:17, 13:17, 14:6, 16:5, 18:21, 19:1, 20:6, 20:14
**court** [4] - 10:12, 10:13, 10:14, 15:25
**Court's** [3] - 8:7, 11:24, 17:9
**courtroom** [6] - 7:13, 10:7, 10:8, 10:10, 10:18, 11:11
**cross** [7] - 4:12, 10:6, 14:16, 15:13, 15:20, 16:9, 16:17
**cross-complaint** [2] - 16:9, 16:17
**cross-complaints** [1] - 14:16
**cross-defendants** [1] - 4:12
**cross-examination** [1] - 15:13
**cross-examine** [1] - 15:20
**crowded** [1] - 17:13
**CSR** [2] - 1:23, 21:20
**CV** [1] - 1:8
**CV21** [1] - 4:5

## D

**damages** [4] - 14:15, 14:17, 14:23, 14:24
**days** [2] - 7:20, 12:16
**decisions** [1] - 10:23
**DEFENDANT** [1] - 2:8
**defendant** [4] - 4:17, 5:6, 5:8, 18:16
**defendant's** [2] - 17:11, 17:12
**DEFENDANTS** [1] - 1:12
**defendants** [1] - 4:12
**demonstrative** [1] - 11:3
**denied** [1] - 5:22
**deposition** [13] - 5:4, 5:5, 17:9, 17:11, 17:12, 17:14, 17:16, 17:21, 17:23, 17:25, 18:1, 18:13, 18:16
**depositions** [1] - 20:10
**Design** [1] - 4:6
**designate** [1] - 18:3
**Designs** [2] - 1:10, 4:18
**different** [1] - 16:22
**dignified** [1] - 10:13
**dignity** [1] - 11:14
**dire** [14] - 6:10, 6:11, 6:15, 6:17, 7:16, 7:17, 7:20, 7:24, 8:1, 8:2, 8:3, 8:5, 8:8
**direct** [1] - 15:12
**directly** [1] - 9:8
**diring** [1] - 6:19
**disappointed** [1] - 13:18
**discovery** [2] - 19:14, 19:15
**discuss** [1] - 19:25
**discussed** [1] - 14:12
**DISTRICT** [5] - 1:1, 1:2, 1:4, 21:9, 21:10
**DIVISION** [1] - 1:2
**DO** [1] - 21:10
**done** [3] - 5:12, 12:1,

18:17
**down** [1] - 12:12
**due** [1] - 7:20
**during** [2] - 9:2, 15:6

## E

**e-mail** [1] - 18:25
**effectively** [1] - 15:23
**efficiently** [1] - 15:22
**eight** [2] - 6:24
**either** [5] - 6:11, 7:16, 9:12, 15:12, 19:16
**embarrassing** [1] - 11:22
**end** [1] - 15:17
**entire** [2] - 15:2, 16:13
**ENTITLED** [1] - 21:14
**ESQUIRE** [2] - 2:6, 2:9
**et** [2] - 1:10, 15:10
**evidence** [2] - 9:6, 11:4
**evidentiary** [1] - 8:20
**examination** [1] - 15:13
**examine** [1] - 15:20
**except** [1] - 10:2
**exception** [1] - 7:5
**exclude** [1] - 17:21
**excuse** [2] - 5:19, 7:11
**excused** [2] - 7:12
**exercise** [1] - 7:5
**exhibit** [2] - 9:8, 9:11
**expect** [2] - 5:16, 20:4
**extent** [1] - 7:25
**extra** [1] - 7:1

## F

**familiar** [2] - 8:10, 19:17
**far** [3] - 8:11, 13:24, 16:5
**FEDERAL** [2] - 1:23, 21:21
**filed** [1] - 17:20
**fine** [7] - 8:17, 8:18, 9:20, 14:8, 19:16, 19:20
**finish** [1] - 13:7
**finished** [1] - 5:9
**first** [11] - 5:2, 5:18, 5:20, 6:22, 6:24, 8:12, 11:8, 11:19, 12:4, 12:14, 17:8
**FOR** [2] - 21:8, 21:9
**FOREGOING** [1] - 21:12
**formal** [1] - 6:6
**FORMAT** [1] - 21:15

**forming** [1] - 14:13
**four** [2] - 7:1, 9:17
**fourth** [1] - 14:15
**free** [1] - 13:11
**front** [10] - 8:16, 8:19, 9:1, 11:20, 11:22, 12:1, 17:4, 19:24, 20:1
**fruitless** [1] - 19:6

## G

**GARY** [1] - 1:4
**God** [1] - 10:15
**guess** [1] - 12:6
**guys** [1] - 10:7

## H

**half** [9] - 12:23, 14:23, 14:25, 15:1, 15:3, 15:4, 15:17, 16:11, 16:24
**handled** [1] - 5:1
**hear** [1] - 9:25
**Hearsay** [1] - 8:17
**HELD** [1] - 21:13
**help** [1] - 10:15
**HEREBY** [1] - 21:10
**Honor** [16] - 4:10, 4:15, 4:16, 6:13, 7:19, 12:7, 16:7, 17:5, 17:8, 17:19, 18:18, 18:20, 19:17, 20:2, 20:3, 20:12
**HONORABLE** [1] - 1:4
**hope** [2] - 10:5, 10:21
**hour** [9] - 12:22, 12:24, 12:25, 14:18, 14:22, 14:23, 15:18, 16:24
**hours** [8] - 13:2, 14:25, 15:2, 15:3, 15:4, 15:9, 16:11
**hundred** [1] - 14:8

## I

**identified** [3] - 18:4, 18:6, 20:7
**ignore** [1] - 11:17
**IN** [3] - 21:8, 21:13, 21:15
**INC** [2] - 1:6, 1:10
**include** [1] - 16:20
**incorporate** [1] - 7:25
**Incorporated** [2] - 4:5, 4:6
**India** [1] - 20:4
**information** [1] - 14:5

**instance** [2] - 11:17, 15:8
**interest** [1] - 15:23
**interesting** [1] - 10:19
**IS** [2] - 21:12, 21:15
**item** [1] - 4:4
**itself** [2] - 8:9, 8:11

## J

**Jimmy** [1] - 11:9
**Joe** [1] - 11:10
**judge** [5] - 5:13, 5:14, 18:22, 18:24, 19:13
**Judge** [5] - 18:24, 19:2, 19:3, 19:17, 19:21
**JUDGE** [1] - 1:4
**JUDICIAL** [1] - 21:16
**June** [1] - 7:21
**jurors** [5] - 6:17, 6:18, 7:11, 7:14, 9:22
**jury** [20] - 5:23, 6:1, 6:24, 7:7, 7:15, 8:16, 8:19, 8:23, 9:1, 9:5, 10:10, 11:1, 11:20, 11:22, 11:25, 12:1, 12:12, 13:9, 17:4
**justice** [1] - 15:23

## K

**keep** [8] - 7:3, 9:15, 11:17, 12:15, 15:5, 15:16, 15:19, 15:20
**kids** [1] - 13:10
**KLAUSNER** [1] - 1:4
**KLEEGER** [2] - 1:23, 21:8, 21:20

## L

**lack** [2] - 10:15, 10:17
**last** [3] - 11:10, 11:12, 11:15
**leave** [1] - 7:13
**lectern** [4] - 4:8, 9:24, 9:25, 10:3
**left** [5] - 13:5, 15:7, 15:10, 15:18, 15:19
**limine** [5] - 5:2, 17:15, 17:17, 17:18, 17:20
**limit** [3] - 14:9, 15:14, 16:8
**limits** [7] - 12:15, 12:16, 13:12, 13:16, 13:21, 16:22, 17:3
**line** [1] - 10:6
**logistical** [1] - 12:10
**looked** [1] - 13:22

**looking** [4] - 14:18, 17:23, 18:1, 18:8
**LOS** [4] - 1:18, 1:24, 4:1, 21:4
**lose** [1] - 7:4
**loses** [1] - 10:17
**lunch** [1] - 12:23

## M

**magistrate** [4] - 5:13, 5:14, 18:22, 19:12
**mail** [1] - 18:25
**match** [1] - 18:13
**matter** [2] - 4:22, 8:18
**MATTER** [1] - 21:14
**matters** [3] - 12:10, 14:10, 14:11
**MAY** [2] - 1:17, 4:1
**McCurin** [6] - 18:24, 19:2, 19:3, 19:10, 19:21
**McCurin's** [1] - 19:17
**mediation** [5] - 5:12, 18:24, 19:5, 19:9
**meet** [1] - 13:10
**mention** [1] - 18:23
**MICHAEL** [1] - 2:6
**Michael** [1] - 4:11
**microphone** [1] - 9:24
**middle** [1] - 13:6
**mind** [4] - 4:25, 7:3, 15:16, 15:20
**minutes** [4] - 15:5, 15:9, 15:10, 16:24
**mislead** [1] - 11:25
**modification** [1] - 8:24
**MONDAY** [1] - 1:17
**morning** [7] - 4:10, 4:16, 12:9, 12:18, 12:19, 12:25, 13:13
**motion** [5] - 5:2, 17:15, 17:16, 17:18, 17:20
**MR** [27] - 4:10, 4:15, 4:16, 4:21, 6:13, 7:19, 8:4, 8:7, 12:7, 16:7, 16:11, 16:14, 17:5, 17:8, 17:18, 17:20, 17:24, 18:2, 18:6, 18:9, 18:18, 19:15, 19:20, 20:2, 20:3, 20:9, 20:12
**murder** [1] - 5:24

## N

**name** [4] - 11:9, 11:11, 11:13, 11:15
**need** [6] - 5:19, 5:21,

6:3, 6:8, 16:2, 17:2
**never** [4] - 8:15, 9:7, 11:8, 11:9
**New** [2] - 14:1, 20:5
**new** [1] - 7:14
**next** [5] - 5:11, 8:22, 9:4
**normally** [2] - 11:2, 12:15
**NORTH** [1] - 1:24
**notify** [1] - 5:6
**NOVEMBER** [1] - 21:17
**number** [3] - 4:4, 6:3, 7:11

## O

**o'clock** [9] - 5:6, 12:8, 13:4, 13:7, 13:11, 13:14, 18:12, 18:15
**objection** [13] - 8:12, 8:13, 8:14, 8:15, 8:16, 8:19, 9:11, 9:13, 9:15, 9:17, 9:19, 9:22
**objections** [2] - 9:1, 10:2
**obligations** [1] - 13:10
**obvious** [1] - 4:23
**obviously** [1] - 16:8
**occurred** [1] - 17:10
**OF** [13] - 1:1, 1:2, 1:17, 2:4, 2:5, 2:8, 21:2, 21:4, 21:6, 21:10, 21:12, 21:15, 21:16
**offered** [1] - 8:18
**officer** [2] - 10:12
**OFFICIAL** [3] - 1:23, 21:8, 21:21
**ON** [2] - 2:5, 2:8
**once** [1] - 15:14
**one** [20] - 6:20, 6:23, 7:1, 10:4, 10:5, 10:16, 11:3, 13:23, 14:4, 14:7, 14:9, 14:12, 14:13, 14:15, 17:15, 18:20, 19:12, 20:4
**opening** [3] - 16:20, 16:23, 16:24
**opportunity** [2] - 8:5, 17:11
**order** [6] - 5:3, 6:3, 6:4, 11:4, 20:1, 20:13
**ordered** [1] - 5:11
**outside** [1] - 10:8
**own** [2] - 6:10, 6:14

## P

**PAGE** [1] - 21:14
**paper** [1] - 6:7
**papers** [1] - 4:23
**paragraph** [1] - 5:22
**particular** [1] - 4:22
**parties** [1] - 8:4
**pass** [3] - 7:4, 7:6
**people** [1] - 17:25
**peremptory** [6] - 6:23, 7:1, 7:2, 7:3, 7:4, 7:8
**perhaps** [1] - 19:18
**period** [1] - 14:8
**permit** [1] - 20:6
**person** [4] - 19:7, 19:9, 19:11, 20:9
**PH** [1] - 1:25
**pick** [2] - 6:24, 13:10
**picked** [1] - 7:15
**picking** [1] - 12:12
**piece** [1] - 6:7
**place** [2] - 10:6, 10:16
**plaintiff** [2] - 4:11, 5:4
**PLAINTIFF** [2] - 1:8, 2:5
**PMK** [1] - 18:2
**podium** [1] - 9:23
**point** [1] - 19:23
**predict** [1] - 16:2
**prefer** [1] - 19:2
**present** [5] - 9:6, 9:23, 14:19, 16:2, 16:14
**presented** [1] - 15:22
**PRESIDING** [1] - 1:4
**pretrial** [1] - 5:15
**PRETRIAL** [1] - 1:16
**pretty** [2] - 13:17, 16:1
**private** [1] - 18:24
**problem** [2] - 10:23, 14:20
**problems** [2] - 10:4, 10:5
**PROCEEDINGS** [2] - 1:17, 21:13
**PURSUANT** [1] - 21:10
**put** [4] - 6:17, 7:14, 8:23, 11:3

## Q

**quarter** [2] - 12:11, 12:13
**questions** [12] - 7:16, 7:17, 7:20, 7:22, 7:23, 7:25, 8:2, 15:12, 15:19, 16:5, 17:4, 17:5

## R

**rather** [3] - 6:25, 7:2, 15:1
**reaching** [1] - 18:25
**read** [2] - 6:1, 13:22
**really** [3] - 4:23, 10:16, 13:23
**recently** [1] - 18:25
**recess** [1] - 20:15
**Recess** [1] - 20:16
**record** [1] - 8:24
**REGULATIONS** [1] - 21:15
**remain** [2] - 9:13, 9:16
**repeating** [2] - 9:15, 11:18
**REPORTED** [1] - 21:13
**reporter** [1] - 9:25
**REPORTER** [4] - 1:23, 21:2, 21:8, 21:21
**REPORTER'S** [1] - 1:17
**representative** [1] - 18:8
**representing** [1] - 4:11
**requests** [1] - 6:11
**resolve** [1] - 19:8
**respect** [3] - 10:11, 11:12, 11:14
**respectful** [1] - 10:13
**RGK** [1] - 1:8
**ROOM** [1] - 1:24
**Rose** [1] - 14:1
**rule** [1] - 9:18
**ruled** [1] - 11:25
**ruling** [2] - 11:17, 17:9
**rulings** [2] - 8:21
**running** [1] - 15:5

## S

**safety** [2] - 15:21, 16:3
**scratch** [1] - 6:7
**seat** [2] - 4:14, 4:19
**second** [2] - 18:19, 19:11
**seconds** [2] - 9:17, 13:5
**SECTION** [1] - 21:11
**see** [5] - 6:1, 9:17, 10:13, 17:2, 19:1
**sees** [1] - 10:17
**segment** [2] - 12:24, 12:25
**send** [1] - 19:6
**sent** [1] - 18:25

**SESSION** [2] - 1:18, 4:2
**set** [3] - 5:4, 13:3, 13:12
**settlement** [1] - 18:21
**seven** [4] - 7:10, 7:11, 7:14, 7:20
**SHERI** [3] - 1:23, 21:8, 21:20
**shooting** [1] - 14:2
**short** [1] - 5:25
**side** [14] - 6:12, 6:20, 6:21, 7:6, 7:16, 8:17, 10:11, 10:19, 11:3, 15:3, 15:4, 15:18, 16:8, 16:14
**sides** [6] - 4:23, 10:20, 10:23, 11:5, 11:23, 14:16
**silent** [2] - 9:13, 9:16
**SINGH** [18] - 2:9, 4:16, 4:21, 7:19, 8:4, 8:7, 16:7, 16:11, 16:14, 17:20, 17:24, 18:2, 18:6, 18:9, 19:20, 20:3, 20:9, 20:12
**Singh** [1] - 4:17
**situation** [1] - 12:3
**six** [1] - 6:25
**sometime** [3] - 5:5, 5:9, 18:17
**sometimes** [2] - 8:22, 15:16
**soon** [1] - 7:9
**speaking** [1] - 15:15
**specific** [1] - 13:19
**spend** [1] - 15:5
**SPRING** [1] - 1:24
**SS** [1] - 21:5
**stand** [1] - 8:13
**start** [4] - 6:8, 12:12, 12:18, 12:20
**started** [2] - 5:21, 19:2
**starting** [1] - 12:17
**state** [2] - 4:7, 4:8
**STATE** [1] - 21:6
**statement** [4] - 5:19, 5:21, 5:25, 16:24
**statements** [2] - 13:18, 16:21
**STATES** [6] - 1:1, 1:1, 1:4, 21:9, 21:11, 21:16
**STENOGRAPHICALLY** [1] - 21:13
**still** [3] - 15:24, 19:25
**straight** [1] - 13:2
**STREET** [1] - 1:24
**strong** [1] - 4:5
**Strong** [1] - 17:21

**STRONG** [1] - 1:6
**subject** [2] - 14:10, 14:11
**submit** [1] - 7:23
**submitted** [1] - 7:22
**surprised** [1] - 16:20

## T

**tab** [1] - 15:5
**technically** [1] - 14:3
**testimony** [3] - 13:21, 13:24
**THAT** [2] - 21:10, 21:14
**THE** [34] - 4:4, 4:13, 4:19, 4:22, 6:14, 7:23, 8:6, 8:8, 12:8, 16:10, 16:13, 16:16, 17:7, 17:14, 17:22, 17:25, 18:5, 18:7, 18:10, 19:4, 19:19, 19:22, 20:8, 20:10, 20:13, 21:9, 21:11, 21:12, 21:13, 21:14, 21:15, 21:16
**third** [2] - 14:15, 19:11
**three** [3] - 7:2, 9:17, 12:2, 12:5, 12:24, 12:25, 13:2, 13:23, 14:11, 15:2, 15:3, 15:4, 15:8
**three-hour** [2] - 12:24, 12:25
**timing** [2] - 11:1, 12:16
**TITLE** [1] - 21:11
**TO** [1] - 21:11
**today** [2] - 5:6, 18:12
**together** [1] - 10:21
**topics** [1] - 17:24
**TRADING** [1] - 1:6
**Trading** [1] - 4:5
**Trading's** [1] - 17:21
**transaction** [6] - 14:12, 14:13, 14:14, 14:17, 14:19, 14:22
**TRANSCRIPT** [3] - 1:17, 21:12, 21:14
**trial** [9] - 5:18, 5:20, 7:21, 9:2, 12:18, 15:6, 16:6, 16:13, 17:2
**TRUE** [1] - 21:12
**truth** [1] - 8:18
**trying** [3] - 5:24, 11:25
**TV** [1] - 14:19
**twice** [1] - 16:1
**two** [13] - 4:23, 11:5, 12:2, 12:5, 13:23,

14:25, 15:1, 15:3, 15:4, 16:11, 17:5, 20:4, 20:6

## U

**underlying** [1] - 16:8
**unique** [1] - 13:20
**Unique** [3] - 1:10, 4:5, 4:18
**UNITED** [6] - 1:1, 1:1, 1:4, 21:9, 21:11, 21:16
**up** [11] - 5:4, 8:23, 9:3, 9:4, 10:9, 11:4, 11:8, 12:10, 13:10, 15:11, 15:14
**useless** [1] - 19:22
**utmost** [1] - 10:11

## V

**valve** [2] - 15:21, 16:3
**versus** [1] - 4:5
**video** [1] - 20:10
**voir** [15] - 6:10, 6:11, 6:15, 6:17, 6:19, 7:16, 7:17, 7:20, 7:24, 8:1, 8:2, 8:3, 8:5, 8:8
**VS** [1] - 1:9

## W

**wait** [1] - 9:16
**wander** [1] - 10:1
**wants** [1] - 11:3
**watch** [2] - 13:3, 13:12
**ways** [1] - 16:18
**Wednesday** [1] - 12:18
**week** [8] - 5:5, 5:9, 5:10, 5:11, 7:24, 17:13, 18:12, 18:17
**weeks** [2] - 12:5
**WESTERN** [1] - 1:2
**wish** [3] - 7:23, 9:6, 9:13
**WITH** [1] - 21:15
**witness** [9] - 9:7, 9:8, 9:9, 11:4, 11:9, 13:4, 13:18, 14:5, 14:7
**witnesses** [9] - 6:4, 6:8, 13:19, 13:23, 14:3, 14:8, 20:4, 20:6

## Y

**YASHDEEP** [1] - 2:9

4

**Yashdeep** [1] - 4:17
**Year's** [1] - 14:1
**years** [1] - 15:25
**YORK** [11] - 2:6, 4:10,
   4:15, 6:13, 12:7,
   17:5, 17:8, 17:18,
   18:18, 19:15, 20:2
**York** [2] - 4:11, 20:5

---

# Z

---

**Zoom** [2] - 20:7, 20:11